ATTORNEY GRIEVANCE
COMMISSION OF MARYLAND

v.

CHUKWUEMEKA UCHENNA IGWE

\*    IN THE

\*    SUPREME COURT

\*    OF MARYLAND

\*    AG No. 22

\*    September Term, 2024

O R D E R

In its petition for disciplinary or remedial action, the Attorney Grievance Commission requests that the Court impose discipline on the respondent corresponding to the public reprimand imposed by the Disciplinary Board of Supreme Court of Pennsylvania after it found that the Respondent had engaged in misconduct that violated several of the Pennsylvania Rules of Professional Conduct. Upon the filing of the petition and pursuant to Rule 19-737(c), the Court issued an order requiring the respondent to show cause why corresponding discipline should not be imposed. The respondent filed a response to the order opposing corresponding discipline. Bar Counsel filed a reply to that response.

Upon consideration of the petition and the response to the petition, it is this 27th day of January 2025, by the Supreme Court of Maryland,

ORDERED that the respondent, Chukwuemeka Uchenna Igwe, is reprimanded.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Matthew J. Fader
Chief Justice



Gregory Hilton, Clerk